In the state of the record, there was no error in the court's charge.

The judgment of the trial court is affirmed.

### EDWARDS v. STATE.
No. 22835.

Court of Criminal Appeals of Texas.
April 12, 1944.

Noah Roark, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for felony theft; punishment assessed is confinement in the State penitentiary for a term of ten years.

The record is before us without a statement of facts or bills of exceptions. Ap-

pellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The indictment and all other matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.